Waukeen Q. McCoy
941 Clayton Street,
San Francisco, CA 94111
Telephone: (415) 595-6073

Waukeen Q. McCoy, In Propria Persona

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re: WAUKEEN Q. MCCOY

Debtor.

Case No.: 14-30381-HLB

Chapter 7

AP 15-03003 HLB

**PROOF OF SERVICE**

I am over the age of 18, not a party to this cause, and my business address is 555 Montgomery Street, Suite 1100, San Francisco, CA 94111. On **June 28, 2016** I served the following document(s):

1. **OBJECTION TO APPLICATION OF CHAPTER 7 TRUSTEE, THE UNITED STATES OF AMERICA AND THE CALIFORNIA FRANCHISE TAX BOARD'S TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**

By hand delivery a true copy thereof to:

**Kenneth H. Brown**
**Miriam Manning** (Attys for Trustee Schoenmann)
Pachulski, Stang, Ziehl, Young and Jones
150 California Street, 15th Floor
San Francisco, CA 94111

1
PROOF OF SERVICE

**Gail S. Greenwood (Attys for Plaintiff Schoenmann)**
Pachulski, Stang, Ziehl, Young and Jones
150 California Street, 15th Floor
San Francisco, CA 94111

On **June 28, 2016** I served the following document(s):

1. **OBJECTION TO APPLICATION OF CHAPTER 7 TRUSTEE, THE UNITED STATES OF AMERICA AND THE CALIFORNIA FRANCHISE TAX BOARD'S TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**

by delivering ☐ the original ☒ a true copy thereof to:

**Cynthia Stier**
Assistant United States Attorney
450 Golden Gate Avenue,
Box 36055
San Francisco, CA 94102

as follows:

☐ By Personal Service ☐ in Open Court ☐ at the above address. (California Code of Civil Procedure ("CCP") § 1011.)

☒ By First-Class Mail. (CCP § 1013(a), subd. (3).)

☐ Overnight by ☐ Federal Express ☐ UPS ☐ USPS. (CCP § 1013, subd. (c).)

☐ Facsimile ☐ to the above number ☐ to One Legal for same-day service. (CCP § 1013, subd. (e); California Rules of Court ("CRC") 2.306.)

☐ Electronic Service by ☐ File & ServeXpress ☐ First Legal ☐ Nationwide.

A courtesy copy was provided to the designated court department, if applicable.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **June 28, 2016**.

_____
RICKY SISON

2
PROOF OF SERVICE

Case: 15-03003   Doc# 45   Filed: 06/29/16   Entered: 06/30/16 16:05:17   Page 2 of 2